Internal Affairs Case #:

**EXHIBIT A**

# HOLLYWOOD POLICE DEPARTMENT

## COMPLAINT INTAKE REPORT 2014-0038

| | | | | |
|---|---|---|---|---|
| Date Reported: 09/10/2014 | Time Reported: 1750 hours | Received By: (Employee Name) Sergeant Julio Gonzalez | | Received: ☒ In person ☐ By Phone ☐ Other |
| Date Occurred: 07/12/2010 | Time Occurred: 1520 hours | Location of Occurrence: 4600 Arthur Street | | Location of Interview: Internal Affairs Office |
| Person Involved: Robert Pinto | Race/Sex W/M | D.O.B. 08/10/64 | Reporting Party (If Different) | Race/Sex / D.O.B. |
| Home Address: 3389 Sheridan Street, Apartment 209 Hollywood, FL 33021 | Phone: 954-675-8259 | | Home Address: | Phone: |
| Work Address: | Phone: | | Work Address: | Phone: |
| Witness Name: Douglas Murray | Race/Sex W/M | D.O.B. 4/30/65 | Witness Name: | Race/Sex / D.O.B. |
| Home Address: 1580 Kirby Thompson Road LaBelle, FL 33935 | Phone: (954) 658-6703 | | Home Address: | Phone: |
| Work Address: | Phone: | | Work Address: | Phone: |

**Brief Summary of Specific Allegation (s):** Refused identification, rudeness, false arrest, false official document

**Employee(s) Named:** Eric Augustus, Antonio Dabreau, William Ferguson, Yasmani Ruiz, Dwayne Chung

## Description of Incident and Allegations: ( List Additional Witnesses or Involved Employee(s))
### (Additional Information Can be attached to this Package)

On July 12, 2010, Robert Pinto was arrested for impersonating a Law Enforcement Officer. Pinto alleges that when he was first detained for a traffic infraction, Officer Dabreau and a second unidentified Officer failed to identify themselves as Police Officers. Pinto also alleges that when he later went to Police Headquarters to report the incident, Sergeant Augustus was rude to him and arrogant toward him. Pinto alleges that as he was leaving the building, he was escorted back inside and arrested. Pinto states that the arrest was improper and that police reports generated by the arresting Officers were false.

| | | |
|---|---|---|
| Original Case Number: 331007-113834 | Photos Taken: ☐ Yes ☒ No | Other: |
| Employee Receiving Complaint: (Print) Sergeant Julio Gonzalez | Badge Number: 1957 | Employee Signature: / Date: 9/10/2014 |

I, _Robert Pinto_, do hereby swear or affirm that the information provided by me in this matter is true and correct to the best of my knowledge and belief. I understand that any false statement made by me under oath, which I do not believe to be true, may subject me to civil and or criminal prosecution pursuant to State Statute 837.012.

I also understand that Florida State Statute 112.533-"Confidentiality of Citizen Complaints against Law Enforcement Officers" requires that all complaints filed against a Law enforcement Officer, and all information obtained pursuant to the investigation by the Agency of such complaint shall be <u>confidential</u> until the investigation ceases to be active. Therefore, as a participant in an internal investigation, if I willfully disclose any information before such complaint, document, action or proceeding becomes a public record, I will be guilty of a Crime. The Hollywood Police Department will provide me with written notification of the outcome and conclusion of my complaint when the case has been fully investigated.

Further, I hereby acknowledge that if any action is initiated, my testimony may be required. I hereby agree to make myself available to the Court or Administrative Hearing when requested.

I have read and/or have had read to me the above explanations of Law and I understand the requirements of said Law.

_____
Affiant / Complainant

9/10/14
Date

Sworn to and subscribed before me on this 10 day of September, 20 14

_____
Notary Public or Police Officer