## COMPLAINT AFFIDAVIT
SHADED FIELDS MUST BE ANSWERED IF DEFENDANT NOT IN CUSTODY

☒ ARREST FORM

**BROWARD COUNTY**
ARREST #: HW2142
OBTS #:

| Filing Agency | Offense Report | Local ID # | FDLE | FBI | SS # |
|---|---|---|---|---|---|
| HOLLYWOOD PD | 33-1007-113834 | | | | |

| Defendant's Last Name | First | Middle | SUF | Alias/Street Name | Citizenship |
|---|---|---|---|---|---|
| PINTO | ROBERT | | | | US |

| Race | Sex | Hgt | Wgt | Hair | Eyes | Comp | Age | DOB | Birth Place |
|---|---|---|---|---|---|---|---|---|---|
| W | M | 5'0" | 198 | BROW | BLUE | LGT | 45 | 08/10/1964 | |

Permanent Address: 3389 SHERIDAN ST 289, HOLLYWOOD, FL 33021
Scars, Marks, TT:

Residence Type: (1) City (2) County (3) Florida (4) Out of State
Local Address: 3389 SHERIDAN ST 289, HOLLYWOOD, FL 33021
Place of Employment:
Length:

| How long defendant in Broward County: 45YR | Breathalyzer By/CCN | Reading | Place of Arrest: 3250 HOLLYWOOD BLVD | Date/Time Arrested: 07/12/2010 15:37 | Arresting Officer(s) CCN: DABREAU, ANTONIO (3200) |
|---|---|---|---|---|---|

Officer Injured: Y☐ N☒   Unit   Zone   Beat   Shift   Trans. Unit   PKD Y☐ N☒   Transporting Officer/CCN   Pick-up Time   Time Arrived/BSO

TYPE/ACTIVITY:
Drugs: R-N/A, A-Amphetamine, B-Barbiturate, C-Cocaine, E-Heroin, H-Hallucinogen, M-Marijuana, O-Opium/Deriv.
P-Paraphernalia Equipment, S-Synths/So, U-Unknown, Z-Other
Activity: N/A, P-Possess, S-Sell, B-Buy
T-Traffic, A-Smuggle, D-Deliver, E-Use
U-Manufacture Produce/Cultivate, K-Dispense/Distribute, Z-Other

Indication of: Alcohol Influence Y☐ N☒ UK☐   Drug Influence Y☐ N☒ UK☐

Attach Defendant's Photo

| Defendant's Vehicle Make: JEEP | Type: 01 | Year: 1998 | Color: WHT | VIN #: |
|---|---|---|---|---|
| Vehicle Towed To: | | Tag #: G65 JHN | Other Identifiers or remarks: | |

Name of victim(s) (if corporation, exact legal name and state of incorporation):
STATE OF FLORIDA AS TPA5

| Count # | Offenses Charged | WC# / Citation # (if applicable) | FS or Capias/Warrant # |
|---|---|---|---|
| 1 | IMPERSONATE OFFICER ON COMMISSION OF FELONY/CAUSE DEATH/INJY | | 843.08 |

### Probable Cause Affidavit

Before me this date personally appeared **DABREAU, ANTONIO (3200)** who being first duly sworn deposes and says that on **12** day of **July**, (year) **2010** at **N 46 AVE ARTHUR STREET,** (crime location) the above named defendant committed the above offenses charged and the facts showing probable cause to believe the same are as follows:

ON MONDAY, JULY, 12 2010 AT APPROXIMATELY 1321 HOURS I WAS ASSIGNED TO THE HOLLYWOOD POLICE DEPARTMENT STREET CRIMES UNIT. I WAS OPERATING AN UNMARKED POLICE VEHICLE WHICH IS EQUIPPED WITH RED/BLUE LIGHTS AS WELL AS POLICE SIRENS. IT SHOULD BE NOTED THAT I WAS ALSO WEARING BLACK TACTICAL TYPE GEAR WITH THE POLICE INSIGNIA IMPRINTED ON THE FRONT AND BACK.

*** Continued ***

I swear the above statement is correct and true to the best of my knowledge and belief.

Officer/Affiant's Signature
DABREAU, ANTONIO (3200)
Officer's Name/CCN
Officer's Division: Patrol/SCU

STATE OF FLORIDA
COUNTY OF BROWARD

Sworn to (or affirmed) and subscribed before me this **12** day of **July**, **2010** (year),
by **DABREAU, ANTONIO** (name and title), who is personally known to me or has produced
Police ID as identification.

Notary Public, Deputy Clerk of the Court, or Assistant State Attorney
Title/Rank and CCN: DET. /#3153

Print, Type or Stamp Commissioned Name of Notary Public
(SEAL)

Seventeenth Judicial Circuit
Broward County
State of Florida
BSO DB#2 (Revised 05/00)

FIRST APPEARANCE/ARREST FORM

(SHOULD ADDITIONAL SPACE BE NEEDED, USE THE PROBABLE CAUSE AFFIDAVIT CONTINUATION (BSO DB#2a))

Orig - Court
2nd - State Attorney
3rd - Filing Agency
4th - Arresting Agency

**COURT COPY**

EXHIBIT B

☐ **COMPLAINT AFFIDAVIT**
PROBABLE CAUSE AFFIDAVIT CONTINUATION

BROWARD COUNTY
ARREST # *HW2142*

☒ ARREST FORM

| Filing Agency | Offense Report | Local ID # | FDLE | FBI | SS # |
|---|---|---|---|---|---|
| HOLLYWOOD PD | 33-1007-113834 | | | | |

OBTS #

| Defendant's Last Name | First | Middle | SUF | Alias/Street Name | Citizenship |
|---|---|---|---|---|---|
| PINTO | ROBERT | | | | US |

Name of victim(s) (if corporation, exact legal name and state of incorporation):

| Count # | Offenses Charged | WC# / Citation # (if applicable) | FS or Capias/Warrant # |
|---|---|---|---|
| | *** SEE PAGE 1 *** | | |

**Probable Cause Affidavit**

Before me this date personally appeared _DABREAU, ANTONIO (3200)_ who being first duly sworn deposes and says that on _12_ day of _July_, (year) _2010_ at _N 46 AVE ARTHUR STREET_, (crime location) the above named defendant committed the above offenses charged and the facts showing probable cause to believe the same are as follows:

ON THE ABOVE DATE AND TIME I OBSERVED A WHITE 1998 JEEP CHEROKEE BEARING FLORIDA TAG#G60-1HN TRAVELING EASTBOUND ON ARTHUR ST APPROACHING N. 46 AVE IN THE JURISDICTIONAL LIMITS OF HOLLYWOOD, BROWARD COUNTY, FLORIDA.
THE ABOVE LISTED VEHICLE DID NOT COME TO A COMPLETE STOP RUNNING THE STOP SIGN TO HEAD SOUTHBOUND ON N. 46 AVE. THE ABOVE LISTED VEHICLE DID DISRUPT THE NORMAL FLOW OF VEHICULAR TRAFFIC BY CAUSING A RED SEDAN THAT WAS HEADED SOUTHBOUND ON N. 46 AVE TO BRAKE ABRUPTLY TO AVOID A COLLISION. UPON OBSERVING THE TRAFFIC INFRACTION I CONDUCTED A LAWFUL TRAFFIC STOP ON THE VEHICLE BY ACTIVATING MY EMERGENCY LIGHTS AND SIRENS. THE VEHICLE THEN CAME TO A STOP AND THE DRIVER NOW IDENTIFIED AS ROBERT PINTO EXITED THE FRONT DRIVER SIDE DOOR AND BEGAN TO APPROACH ME. I INSTRUCTED PINTO APPROXIMATELY FOUR TIMES TO SIT BACK DOWN INTO HIS VEHICLE FOR OFFICER SAFETY PURPOSES. PINTO INITIALLY REFUSED TO COMPLY BY STATING "WHY?", BUT HE LATER COMPLIED.

UPON APPROACHING THE DRIVER SIDE FRONT DOOR, PINTO IMMEDIATELY STATED TO ME "LISTEN, I'M A FEDERAL AGENT, WHY ARE YOU PULLING ME?" I EXPLAINED TO PINTO THE REASON FOR THE TRAFFIC STOP AND HE STATED ONCE AGAIN THAT HE WAS A FEDERAL AGENT AND HE HAS NEVER GOTTEN A TICKET. I THEN ASKED PINTO TO SEE HIS BADGE OR IDENTIFICATION CARD AND HE PRODUCED AN IDENTIFICATION THAT STATED GSA. PINTO ADVISED THAT HE WAS A FEDERAL AGENT FOR GSA AND THEY PROTECTED GOVERNMENT BUILDINGS. WHILE CONVERSING WITH PINTO HE ALSO STATED, " I HAVE EMERGENCY LIGHTS IN MY CAR JUST LIKE YOURS AND I USE IT FOR CALLOUTS." AT THAT TIME I DID OBSERVE THAT PINTO HAD STROBE LIGHTS ON HIS FRONT WINDSHIELD AND ALSO PLACARDS ON THE REAR DOORS OF HIS VEHICLE STATING, "DISCOUNT T-SHIRTS".

DETECTIVE M. ALFORD #2983 ARRIVED ON SCENE AND PINTO ADVISED THAT HE WORKS FOR THE FEDERAL GOVERNMENT AND HE PROVIDED SECURITY FOR FEDERAL BUILDINGS. PINTO THEN STATED

*** Continued ***

I swear the above statement is correct and true to the best of my knowledge and belief.

Officer/Affiant's Signature     3200
_DABREAU, ANTONIO (3200)_
Officer's Name/CCN

Officer's Division

STATE OF FLORIDA
COUNTY OF BROWARD

Sworn to (or affirmed) and subscribed before me this _12_ day of _July_, _2010_ (year),
by _DABREAU, ANTONIO_ (name and title), who is personally known to me or has produced
_____ as identification.

Notary Public, Deputy Clerk of the Court, or Assistant State Attorney

Det. / # 3153
Title/Rank and CCN

Print, Type or Stamp Commissioned Name of Notary Public
Seventeenth Judicial Circuit
Broward County
State of Florida
BSO DB-#2a (Revised 05/00)

(SEAL)

FIRST APPEARANCE/ARREST FORM

**COURT COPY**

Orig - Court
2nd - State Attorney
3rd - Filing Agency
4th - Arresting Agency